IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JESSICA DE LEON** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.: 7:23-cv-00214 |
| | § | |
| **STARBUCKS CORPORATION d/b/a** | § | |
| **STARBUCKS COFFEE COMPANY** | § | |
| *Defendants.* | § | |

### ORDER

Having considered the Stipulation of Dismissal signed by all appearing parties, the Court FINDS that no further action by the Court is necessary and that all of Plaintiff's claims are DISMISSED WITH PREJUDICE.

All current settings are hereby cancelled. All pending motions are denied without prejudice as mooted by the settlement announced in this cause.

The Clerk of the Court is instructed to close the case.

SO ORDERED, September 19, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge